UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR25-091 JNW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| JOSE GARCIA CORONA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:       Conspiracy to Distribute Controlled Substances; Asset Forfeiture Allegations

<u>Date of Detention Hearing</u>:    June 3, 2025

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant is a native and citizen of Mexico, with very few ties to this District. He has relative in California, but very strong ties to Mexico. He has a prior conviction for possessing an identify document not lawfully issued to him, and foreign passport. His residential history is unstable, with no verifiable means of support. He is charged with participation in a large drug conspiracy.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

DETENTION ORDER
PAGE -2

for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 3rd day of June, 2025.

                                        Mary Alice Theiler
                                        United States Magistrate Judge

DETENTION ORDER
PAGE -3